IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| MARIA GUADALUPE RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-02473-JAR-TJJ |
| ) | |
| INFUSYSTEM HOLDINGS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' DISCLOSURE OF CORPORATE INTERESTS**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Infusystem Holdings, Inc. states that it is a publicly traded company, with no parent corporation. Defendant First Biomedical, Inc. is a wholly-owned subsidiary of Infusystem Holdings, Inc.

Dated:  December 13, 2019

                                       Respectfully submitted,

                                       **STINSON LLP**

                                       By  */s/ Ashley E. Dillon*
                                            Sara E. Welch, KS # 16350
                                            Ashley E. Dillon, KS # 26292
                                            1201 Walnut Street, Suite 2900
                                            Kansas City, MO  64106
                                            Telephone: (816) 842-8600
                                            Facsimile: (816) 691-3495
                                            sara.welch@stinson.com
                                            ashley.dillon@stinson.com

                                            ATTORNEYS FOR DEFENDANTS

1

**Certificate of Service**

I hereby certify that on December 13, 2019, I electronically filed the foregoing with the Clerk of the Court by using the ECM/ECF system, which sent notice to the following:

HOLMAN SCHIAVONE, LLC
Ashley H. Atwell-Soler
4600 Madison Avenue, Suite 810
Kansas City, Missouri  64112
aatwell@hslawllc.com

THE MEYERS LAW FIRM, LC
Heather J. Hardinger
503 One Main Plaza
4435 Main Street
Kansas City, MO  64111
hhardinger@meyerslaw.com

Attorneys for Plaintiff

                                            /s/ *Ashley E. Dillon*
                                           Attorney for Defendants

153437479
CORE/3002649.0011/156250815.1