IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| MARIA GUADALUPE RODRIGUEZ, )<br>)<br>Plaintiff, )<br>)<br>v.                                                                 )<br>)<br>INFUSYSTEM HOLDINGS, INC., et al., )<br>)<br>Defendants. ) | Case No. 2:19-cv-02473-JAR-TJJ |

## JOINT NOTICE OF MEDIATION

Pursuant to the Court's Scheduling Order (Doc. 17), Plaintiff Maria Guadalupe Rodriguez and Defendants InfuSystem, Inc. and First Biomedical, Inc. hereby provide notice that this matter will be mediated with mediator Joe Eischens of Eischens Mediation Services on April 29, 2020. The contact information for Mr. Eischens is as follows: Eischens Mediation Services, 8013 Park Ridge Drive, Parkville, Missouri 64152; telephone: (816) 945-6393. The mediation is scheduled to commence at 9:30 a.m. at the offices of Holman Schiavone, 4600 Madison Avenue, Suite 810, Kansas City, Missouri 64112.

Respectfully Submitted by,

By: */s/ Ashley H. Atwell-Soler*
**HOLMAN SCHIAVONE, LLC**
Ashley H. Atwell-Soler, KS #24047
4600 Madison Avenue, Suite 810
Kansas City, Missouri  64112
aatwell@hslawllc.com

**THE MEYERS LAW FIRM, LC**
Heather J. Hardinger, KS # 25649
503 One Main Plaza
4435 Main Street
Kansas City, MO  64111
hhardinger@meyerslaw.com

ATTORNEYS FOR PLAINTIFF

By: */s/ Ashley E. Dillon*
**STINSON LLP**
Sara E. Welch, KS # 16350
Ashley E. Dillon, KS # 26292
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Telephone 816-842-8600
Facsimile 816-691-3495
sara.welch@stinson.com
ashley.dillon@stinson.com

ATTORNEYS FOR DEFENDANT

## **Certificate of Service**

I hereby certify that on February 18, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which sent notice to the following counsel of record:

HOLMAN SCHIAVONE, LLC
Ashley H. Atwell-Soler
4600 Madison Avenue, Suite 810
Kansas City, Missouri  64112
aatwell@hslawllc.com

THE MEYERS LAW FIRM, LC
Heather J. Hardinger
503 One Main Plaza
4435 Main Street
Kansas City, MO  64111
hhardinger@meyerslaw.com

Attorneys for Plaintiff

                                                               /s/ *Ashley E. Dillon*
                                                              Attorney for Defendants