¶IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **MARIA GUADALUPE RODRIGUEZ**, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| **v.** | ) | **Case No.: 2:19-cv-02473** |
| | ) | |
| **INFUSYSTEM, INC. et al.** | ) | |
| | ) | |

**JOINT MOTION TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL**

Plaintiff Maria Guadalupe Rodriguez and Defendants InfuSystem, Inc. and First Biomedical, Inc. jointly move the Court and request a 14-day extension of time, up to and including August 10, 2020, to file the parties' stipulation of dismissal. In support of this motion, the Parties state as follows:

1.      On June 24, 2020, Defendants filed an ADR Report notifying the Court that the parties had reached an agreement settling this case in its entirety. (Doc. 30).

2.      On June 25, 2020, the Court entered an Order giving the parties until July 27, 2020, to file a stipulation of dismissal signed by the parties. (Doc. 31).

3.      The parties have agreed to and fully executed an agreement settling this case.

4.      However, Defendants are in the process of issuing the payments required under the terms of the parties' settlement agreement, and the settlement payments have not yet been issued by Defendants or provided to Plaintiff and her counsel.

5.      Under the terms of the settlement agreement, Plaintiff agreed to file a stipulation of dismissal within five days of receiving the payment provided under the settlement agreement.

6.      For this reason, the Parties request a 14-day extension of time, up to and including August 10, 2020, to file the parties' stipulation of dismissal.

1

7.      This request is not made for purposes of delay or harassment, and neither party will be prejudiced if the Court grants the motion.

Wherefore, Plaintiff and Defendants respectfully request that the Court extend the parties' deadline to file a stipulation of dismissal from July 27, 2020 to August 10, 2020.

Respectfully Submitted,

By: */s/ Ashley Atwell-Soler*
**HOLMAN SCHIAVONE, LLC**
Ashley H. Atwell-Soler, KS #24047
4600 Madison Avenue, Suite 810
Kansas City, Missouri  64112
aatwell@hslawllc.com

**THE MEYERS LAW FIRM, LC**
Heather J. Hardinger, KS # 25649
503 One Main Plaza
4435 Main Street
Kansas City, MO  64111
hhardinger@meyerslaw.com

ATTORNEYS FOR PLAINTIFF

By: */s/ Ashley E. Dillon*
**STINSON LLP**
Sara E. Welch, KS # 16350
Ashley E. Dillon, KS # 26292
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Telephone 816-842-8600
Facsimile 816-691-3495
sara.welch@stinson.com
ashley.dillon@stinson.com

ATTORNEYS FOR DEFENDANT

2

## Certificate of Service

I hereby certify that on July 27, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which sent notice to all counsel of record.

/s/ Ashley E. Dillon
Attorney for Defendant

CORE/3002649.0011/158813232.4